AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:22-mj-00169 |
| Jerod Thomas Bargar | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 7/29/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   __Jerod Thomas Bargar__,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (b)(1)(A)- Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(1)(A)- Unlawful Possession of a Firearm on Capitol Grounds or Buildings,
22 D.C. Code § 504(a)(1), and 7 D.C. Code §§ 2502.01(a), and 2506.01(a)(3) - Unlawful possession a pistol, firearm, or ammunition outside their home or place of business, in the District of Columbia, without a valid license and registration certificate issued by the District of Columbia,
7 D.C. Code § 2506.01(b) - Unlawful possession, sell, or transfer any large capacity ammunition feeding device, in the District of Columbia.

Date: __07/29/2022__

Digitally signed by G. Michael Harvey
Date: 2022.07.29 11:15:42 -04'00'

*Issuing officer's signature*

City and state:   __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __08/01/2022__, and the person was arrested on *(date)* __08/03/2022__
at *(city and state)* __Osage Beach, Missouri__.

Date: __08/04/2022__

*Arresting officer's signature*

S. Cody Abron, Special Agent, FBI
*Printed name and title*