# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR NO. 22-MJ-00169 |
| **JEROD BARGAR,** | |
| Defendant. | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for October 18, 2022, in the above-captioned matter, for approximately 60 days, until December 16, 2022, or after January 2, 2023. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review pre-discovery productions.

The parties request that the Court exclude the time from October 18, 2022, until the next status conference, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: October 12, 2022                    By:   __/s/ *Sonia Mittal*_____
                                                SONIA MITTAL
                                                Assistant United States Attorney
                                                United States Attorney's Office for the
                                                District of Columbia
                                                Illinois Bar No. 6314706
                                                sonia.mittal@usdoj.gov
                                                (202) 821-9470

CERTIFICATE OF SERVICE

      On this 12th day of October 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                              */s/ Sonia Mittal*