UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROD BARGAR,<br><br>Defendant. | Crim No. 22-MJ-00169 |

ORDER

Upon consideration of the parties' *Consent Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act*, it is, this 18th day of October 2022, hereby

**ORDERED**, that the motion is **GRANTED**; it is further

**ORDERED**, that a Status Conference shall take place on Thursday, December 15, 2022, at 1:00 PM before Magistrate Judge Robin M. Meriweather; and it is further

**ORDERED** that the time between October 18, 2022, and December 15, 2022, shall be excluded under the Speedy Trial Act.  The Court find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery process.

Date: October 18, 2022

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge