UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 22-MJ-00169** |
| : | |
| **JEROD BARGAR,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status conference on December 15, 2022, be continued for good cause to March 9, 2023, at 1:00 p.m.; and it is further

ORDERED that the time between December 13, 2022, and March 9, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, and additional time to review discovery.

_____
The Honorable Robin B. Meriweather
United States Magistrate Judge