# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-MJ-000169 (RMM) |
| v. : | |
| : | |
| JEROD THOMAS BARGAR : | |
| : | |
| : | |
| Defendant. : | |

## UNITED STATES' CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The United States hereby moves this Court to continue the status conference, and in support of its motion states:

1. Defendant is charged with (1) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A); (2) Unlawful Possession of a Firearm on Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(1)(A); (3) Unlawful Possession of a Pistol, Firearm, or Ammunition, Outside Home or Place of Business, in violation of 22 D.C. Code § 504(a)(1), 7 D.C. Code §§ 2502.01(a), 2506.01(a)(3); and (4) Unlawful Possession, Sell, or Transfer of Any Large Capacity Ammunition Feeding Device, in violation of 7 D.C. Code § 2506.01(b).

2. A status conference is scheduled for March 9, 2023, at 1:00 p.m.

3. The parties are in plea negotiations and the government requires additional time to compile the plea paperwork for internal approval. One final extension should place the parties in a better position to determine whether the case can be resolved short of trial.

4. As noted above, the defense consents to this motion.

5. The parties have discussed a new status conference date, and suggest either March 13 or 14, 2023. If those dates do not work, the parties and this Court can work together to find

1

another date available to all.

6.      The defendant consents to the exclusion, under the Speedy Trial Act, of the time between March 9, 2023 and the next court date.

7.      Additionally, because the defendant is on release, any continuance will not impact his liberty.

WHEREFORE, in light of the foregoing, the United States respectfully requests that the Court VACATE the currently scheduled hearing set for March 9, 2023, to re-set the status conference for either March 13 or 14, 2023, or to any other date available to the parties and this Court, and for any other relief this Court deems just and proper.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
202-538-0035
Sarah.Martin@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 3rd day of March, 2023, to all parties of record.

By:   /s/ *Sarah C. Martin*
Sarah C. Martin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 22-MJ-000169 (RMM)** |
| **v.** : | |
| : | |
| **JEROD THOMAS BARGAR** : | |
| : | |
| : | |
| **Defendant.** : | |

## PROPOSED ORDER

Upon consideration of the United States' Consent Motion to Continue Status Conference, it is this ____ day of March, 2023, hereby

ORDERED, that the United States' motion is GRANTED;

ORDERED, that a status conference shall take place on _____ at _____ ; and it is further;

ORDERED, that in the interest of justice, and to allow the parties to continue working toward resolution of this case, the time between March 9, 2023, and _____ shall be excluded under the Speed Trial Act.

_____
G. Michael Harvey
United States Magistrate Judge

3