# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 22-MJ-000169 (RMM)** |
| **v.** : | |
| : | |
| **JEROD THOMAS BARGAR** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' Consent Motion to Continue Status Conference, it is this 3rd day of March, 2023, hereby

ORDERED, that the United States' motion is GRANTED;

ORDERED, that a status conference shall take place on March 14, 2023 at 1:00 p.m. ; and it is further;

ORDERED, that the time between March 9, 2023, and March 14, 2023 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
G. Michael Harvey
United States Magistrate Judge